UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CV-164-F

| | | |
|---|---|---|
| BENIAM ASMEROM, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| FIDELITY INVESTMENTS, | ) | |
| Defendant. | ) | |

This matter is before the court upon the *pro se* Plaintiff's "Motion for Dismissal of All Claims Without Prejudice" [DE-17]. Defendant Fidelity Investments has filed a Response [DE-18] indicating it consents to Plaintiff's motion.

Accordingly, Plaintiff's unopposed motion [DE-17] is ALLOWED, and this action is DISMISSED without prejudice.

SO ORDERED.

This the 25th day of June, 2008.

James C. Fox
Senior United States District Judge